# EXHIBIT A

**Davis and Goldmark, Inc.**
P.O. Box 2009
Riverside, CA 92516
949-348-2233

July 15, 2019

SAMANTHA GROSS                                     CASE #

        5

RE:   SPOTLOAN.COM                                          $2,322.86

   DOB: 04-xx-xxxx
   34x-xx-xxxx

Dear: SAMANTHA GROSS                                        $2,322.86

Please be advised that I have been authorized to offer you an attempt at settling this account before further legal action is recommended against you.

**We offer a settlement of  $1,150.00 o clear this balance. If you wish to take advantage of this offer your payment is due in our office no later than  08 01 19 Failure to comply will result in our immediate recommendation to our client for legal action.**

This is your final opportunity to contact us to avoid unnecessary drastic measures. You can reach me at the number below or you can make your payment online with a Visa or MasterCard at www.davisandgoldmark.com.

Sincerely,

Susana G.
Agent104@dgi1.com
800-634-7900x2025